RITA ROSE, Respondent, v. JAMES MONTGOMERY, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to abide the event. The learned trial court erred in its charge to the jury relating to punitive damages. (*Distin* v. *Rose*, 69 N. Y. 122; *Willard* v. *Press Publishing Co.*, 52 App. Div. 448.) There was error also in the charge that the jury might consider the justification pleaded by way of defense in determining whether the defendant uttered the slander. In view of the closeness of the issue on the question of fact, we do not think these errors can be overlooked. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

WILLIAM D. RUSSELL, Appellant, v. JEFFERSON CHURCH and Others, Appellants, Impleaded with THE PEOPLE OF THE STATE OF NEW YORK and Another, Defendants, and THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

WILLIAM A. SINCLAIR, Respondent, v. QUEENS VILLAGE HOMES, INC., and Another, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN G. SINGER and Others, Respondents, v. GEORGE BUECKLE, Appellant.— Order dismissing counterclaim reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The counterclaim pleaded arose out of the same transaction alleged in the complaint as the foundation of plaintiffs' claim, and tends to diminish or defeat plaintiffs' recovery, if sustained, and hence was proper under section 266 of the Civil Practice Act. (*Laska* v. *Harris*, 215 N. Y. 554; *Isham* v. *Davidson*, 52 id. 237; *Vandervort* v. *Mink*, 113 App. Div. 601; *Rothschild* v. *Whitman*, 132 N. Y. 472, 476.) The matters pleaded in paragraphs " seventh," " eleventh " and " thirteenth " of the counterclaim are also pertinent to the issue, and not frivolous, redundant or unnecessary in view of the allegations of the complaint, and hence should not be stricken out under rule 103 of the Rules of Civil Practice. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ERNEST T. SULZER, Appellant, v. R. E. WATHEN & COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

MARY N. WHITE, Appellant, v. THE CITY OF NEW YORK, Respondent. CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.— Order vacating and annulling judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.